IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-186-H

JOYCE LONEY,

    Plaintiff,

v.

HOVG, LLC d/b/a BAY AREA CREDIT SERVICE and DOES 1-100,

    Defendants.

**ORDER**

This matter is before the court on plaintiff's motion to stay the case and compel arbitration. Defendant HOVG, LLC, ("HOVG") objects on the ground that there exists no arbitration agreement between plaintiff and HOVG. Plaintiff has not replied and the time for further filings has expired.

The court finds that plaintiff has failed to demonstrate that her alleged arbitration agreement with AT&T Mobility, LLC, is binding upon defendants. Consequently, plaintiff's motion to compel arbitration [DE #8] is DENIED.

This 5th day of November 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31